**No. 10-8454. Ricky Benson, Petitioner v. Mark Luttrell, et al.**

562 U.S. 1303, 131 S. Ct. 1690, 179 L. Ed. 2d 646, 2011 U.S. LEXIS 2179, ■

March 21, 2011. Petition for writ of certiorari before judgment to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-8464. Vance Morris, Petitioner v. Dale Artus, Superintendent, Clinton Correctional Facility, et al.**

562 U.S. 1303, 131 S. Ct. 1691, 179 L. Ed. 2d 646, 2011 U.S. LEXIS 2135.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 624 F.3d 69.

**No. 10-8470. William Phillips, Petitioner v. Dale Artus, Superintendent, Clinton Correctional Facility, et al.**

562 U.S. 1304, 131 S. Ct. 1691, 179 L. Ed. 2d 646, 2011 U.S. LEXIS 2203.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 624 F.3d 69.

**No. 10-8489. Winston L. McPherson, Petitioner v. United States, et al.**

562 U.S. 1304, 131 S. Ct. 1692, 179 L. Ed. 2d 646, 2011 U.S. LEXIS 2212, ■

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 392 Fed. Appx. 938.

**No. 10-8502. Carlos Portalatin, Petitioner v. Harold Graham, Superintendent, Auburn Correctional Facility.**

562 U.S. 1304, 131 S. Ct. 1693, 179 L. Ed. 2d 646, 2011 U.S. LEXIS 2180.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 624 F.3d 69.